# United States District Court
## Violation Notice

**CVB Location Code**
M7

FATH004F

| Violation Number | Officer Name | Officer No. |
|---|---|---|
| FATH004F | Fedele | 1891 |

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged |
|---|---|
| 08/20/2022 00:00 | FED 36 CFR 261.13 |

**Place of Offense**
CRYSTAL CREEK AREA

**Offense Description: Factual Basis for Charge**   HAZMAT ☐
36 CFR 261.13 - OPERATING A MOTOR VEHICLE OFF-ROAD IN AN AREA DESIGNATED ON A MOTOR VEHICLE USE MAP AS CLOSED TO MOTOR VEHICLE USE.

## DEFENDANT INFORMATION
Phone:

| Last Name | First Name | M.I. |
|---|---|---|
| WILSON | NANCY | |

**Street Address**

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| | | | |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| | | | |

☐ Adult  ☐ Juvenile   Sex ☐ M ☐ F | Race | Hair | Eyes | Height | Weight

## VEHICLE
VIN:     CMV ☐

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| BXY366 | MT | 1998 | FORD/pickup | ☐ | BLU |

| A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (opposite). | B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (opposite). |
|---|---|
| | $ 200.00   Forfeiture Amount |
| | $ 30.00    Processing Fee |
| PAY THIS AMOUNT | $ 230.00   Total Collateral Due |

## YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt.I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

Previous edition is obsolete      Original - CVB Copy      FS-5300-4 (7/05)

FATH004F

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____08/20/2022_____ while exercising my duties as a law enforcement

officer in the _____ District of _____MT_____

Pursuant to 16USC 551: I, United States Forest Service (USFS) Law Enforcement Officer (LEO), Anthony FEDELE, state that on August 20, 2022 at approximately 1328 hours, I was exercising my duties as an LEO on Helena-Lewis and Clark National Forest (HLCNF), in Lewis and Clark County. I was contacted Jefferson County Deputy DAVE, badge # 51-8, about a motor vehicle off road and a fire at the Crystal Creek disbursed camping area on the HLCNF, in Jefferson County.

I responded and arrived on scene at approximately 1403 hours. I followed deputy 51-8 approximately 200 yards off road, along the edge of Crystal Creek, where I observed a 1998 blue ford pickup with Montana license plate BXY366. I also observed the owner, Nancy WILSON, whom I had contact with the previous day regarding a fire started on private property approximately 1 mile away from her present location. Upon further questioning WILSON told me she drove her truck to it's present location to go camping. She told me she wasn't aware driving off road wasn't allowed. The Elkhorn Mountains have been through the Forest Service travel management process and have been designated, by the Elkhorn Motor Vehicle Use Map, as having no motor vehicle use off of designated routes. WILSON drove off Crystal Creek Road, over two separate rock barricades, and around a wooden jack-leg fence barricade to get 200 yards off road next to the edge of the actual Crystal Creek stream. WILSON attempted to drive her truck out of the area but got stuck on the edge of the stream, her truck fell partially into the stream, became high-centered and unable to move.

WILSON was going to be transported to MT City to call for a tow truck, however, prior to being placed into my patrol vehicle, I conducted a search for weapons in accordance with my agency policy. During the search I asked WILSON to empty the zip pocket on the back of her shorts because I saw what appeared to be an elongated hard object outlined in the pocket. I wanted to make sure it wasn't a pocket knife so I asked WILSON to please unzip that pocket and pullout the pocket fabric to remove what was in the pocket. WILSON removed a small clear container containing a white crystal looking substance. WILSON

The foregoing statement is based upon:

MY PERSONAL INVESTIGATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:
_____08/20/2022_____
Date (mm/dd/yyyy)          Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on:
_____
Date (mm/dd/yyyy)          U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;     PASS = 9 or more passenger vehicle;

CDL = Commercial drivers license;     CMV = Commercial vehicle involved in incident