# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NANCY WILSON,<br><br>Defendant. | PO-22-5143-GF-JTJ<br><br>VIOLATION:<br>FATH004F<br>Location Code: M7<br><br>ORDER |

Based upon the unopposed motion of the United States and for good cause appearing, **IT IS HEREBY ORDERED** that the defendant shall pay a total fine amount of $130 ($100 fine and $30 processing fee), for violation FATH004F. The total fine amount will be paid in full on or before May 14, 2023. Payment(s) should be mailed to the following address:

Central Violations Bureau
P.O. Box 780549
San Antonio, TX 78278

The check(s) should be made out to the U.S. Courts - CVB. Defendant may also pay online at www.cvb.uscourts.gov.

**IT IS FURTHER ORDERED** that the bench warrant issued on or about October 6, 2022, is **QUASHED**.

DATED this 14th day of November, 2022.

John Johnston
United States Magistrate Judge